**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roshaja Lamont HARVEY,
Defendant–Appellant.**

**No. 11–50268.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2011.*

Filed Nov. 3, 2011.

Jason I. Ser, Federal Defenders of San Diego, Inc., San Diego, CA, for the defendant-appellant.

Sara J. O'Connell, Assistant U.S. Attorney, Office of the United States Attorney, San Diego, CA, for the plaintiff-appellee.

Before: FERDINAND F. FERNANDEZ and CONSUELO M. CALLAHAN, Circuit Judges, and ROBERT J. TIMLIN,** District Judge.

## OPINION

FERNANDEZ, Circuit Judge:

Roshaja Harvey appeals from the district court's order finding him in violation of his conditions of supervised release based upon his use of marijuana. He asserts that because he had a recommendation from a physician to use marijuana in California pursuant to the California Compassionate Use Act of 1996,[1] he did not violate the possession prohibition[2] of the Federal Controlled Substances Act.[3]

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Robert J. Timlin, Senior United States District Judge for the Central District of California, sitting by designation.

1. Cal. Health & Safety Code § 11362.5.

2. 21 U.S.C. § 844(a).

3. 21 U.S.C. §§ 801–904.

 We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We review the district court's decision to revoke a term of supervised release for abuse of discretion. *United States v. Perez,* 526 F.3d 543, 547 (9th Cir.2008). However, we review questions of statutory interpretation de novo. *See United States v. Cade,* 236 F.3d 463, 465 (9th Cir.2000).

We affirm the district court for the reasons stated in its precise and accurate decision dated June 23, 2011,[4] which we adopt as our own, with one addition. The addition is: Whatever else "order" might mean under § 844(a) of the Controlled Substances Act, it does not include a mere recommendation from a physician pursuant to the Compassionate Use Act.

AFFIRMED.

---

4. *United States v. Harvey,* 794 F.Supp.2d 1103, 2011 WL 2493744 (S.D.Cal. June 23, 2011).